(98 South. 309)

**Ex parte Eddie Jack POOL.** (4 Div. 101.)

(Supreme Court of Alabama. Nov. 1, 1923. Rehearing Denied Dec. 20, 1923.)

Certiorari to Court of Appeals.

Reid & Doster, of Dothan, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Eddie Jack Pool for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Pool v. State, 98 South. 309.

Writ denied.